**Sat Jagroop Singh RANDHAWA, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 03–72564.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 3, 2004.

Decided Nov. 29, 2004.

---

Before: CANBY, RYMER, and HAWKINS, Circuit Judges.

ORDER *

The amended motion of Respondent to remand this case to the Board of Immigration Appeals for the purpose of permitting the Department of Homeland Security to move to reopen and terminate the proceedings with prejudice is GRANTED.

This matter is remanded to the Board of Immigration Appeals. The mandate shall issue forthwith.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this Circuit except as provided by Ninth Cir. R. 36–3.

